UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------x  

IN RE:  

BOBBY H.J. KIM,  

                             Debtor.  

------------------------------------------------x  

TF-0014/NA  
January 18, 2024  
10:00 AM  

Case No. 23-11538-CGM  

Hon. PHILIP BENTLEY  

**NOTICE OF MOTION**

        PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Philip Bentley, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 18th day of January, 2024 at 10:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

        **PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only.  No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl   48 hours before the scheduled hearing.**

        Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York  
       December 12, 2023  

                                      /s/ *Thomas C. Frost*  
                                      THOMAS C. FROST, CHAPTER 13 TRUSTEE  
                                      399 KNOLLWOOD ROAD, STE 102  
                                      WHITE PLAINS, NY 10603  
                                      (914)328-6333

UNITED STATES BANKRUPTCY COURT　　　　TF-0014/NA
SOUTHERN DISTRICT OF NEW YORK　　　　January 18, 2024
—————————————————————————x　　　　10:00 AM

IN RE:　　　　　　　　　　　　　　　　Case No: 23-11538-CGM

BOBBY H.J. KIM,　　　　　　　　　　　Hon. PHILIP BENTLEY

　　　　　　　　　　　　　　　　　　　**APPLICATION**

　　　　　　　　　　　Debtor.

—————————————————————————x

TO THE HONORABLE PHILIP BENTLEY, U.S. BANKRUPTCY JUDGE:

　　　　THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1.  The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on September 26, 2023 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2.  The Debtor has failed to comply with 11 U.S.C. §521(a)(1) and Bankruptcy Rule 1007(b) in that the following required documents have not been filed:

    a.  official Form B22C (CMI), Statement of Monthly Income and Disposable Income pursuant to 11 U.S.C. §521(a)(1)(B)(v);

    b.  complete schedules of assets and liabilities pursuant to 11 U.S.C. §521(a)(1)(B)(i);

    c.  schedules I and J pursuant to 11 U.S.C. §521(a)(1)(B)(ii);

    d.  statement of Financial Affairs pursuant to 11 U.S.C. §521(a)(1)(B)(iii); and

    e.  copies of all payment advices or other evidence of payment for last 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor pursuant to 11 U.S.C. §521(a)(1)(B)(iv).

3.  Furthermore, the Debtor has failed to:

    a.  file with the Court evidence that the Debtor has completed an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1);

    b.  file a Chapter 13 Plan, as required by 11 U.S.C. §1321 and Fed. R. Bankr. P. 3015(b);

    c.  appear and be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. §343;

    d.  commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1);

e. file with the Court a certification that all amounts payable under a domestic support obligation have been paid as required by 11 U.S.C. §1328(a); and

f. provide the Trustee a copy of a federal and state income tax return or transcript for the most recent year, 7 days before first meeting of creditors pursuant to 11 U.S.C. §521(e)(2)(A)(i).

4. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

5. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
December 12, 2023

/s/ *Thomas C. Frost*
Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x          Case No: 23-11538-CGM
IN RE:

  BOBBY H.J. KIM,

**CERTIFICATE OF SERVICE
BY MAIL**

                        Debtor.
------------------------------------------------------x

       This is to certify that I, Nancy Alexander, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

BOBBY H.J. KIM
130 BEEKMAN ST
#5B
NEW YORK, NY 10038

PRO SE DEBTOR


JOHN G. MCCARTHY, ESQ
SMITH, GAMBRELL & RUSSELL, LLP
1301 AVENUE OF THE AMERICAS
21ST FLOOR
NEW YORK, NY 10019

RAQUEL FELIX, ESQ
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
900 MERCHANTS CONCOURSE
STE 310
WESTBURY, NY 11590


This December 12, 2023

/s/Nancy Alexander
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO:  23-11538-CGM
Hon. PHILIP BENTLEY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------------------------
IN RE:

BOBBY H.J. KIM,

                Debtor.


**NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE**


**THOMAS C. FROST
STANDING CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NEW YORK 10603
(914) 328-6333**