**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In re:                                                                    Chapter 13

   Bobby H.J. Kim                                      Case No. 23-11538-pb

                    Debtor(s).
-----------------------------------------------------------x


## ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 521(i)(1)

The Debtor having failed to file bankruptcy schedules required by 11 U.S.C. §

521(a)(1) within 45 days of the petition date in this case, it is hereby

**ORDERED**, that this case is dismissed pursuant to 11 U.S.C. § 521(i)(1).


                                                                    **/s/ Philip Bentley**

**Dated: January 18, 2024**                          _____
**New York, New York**                               **Hon. Philip Bentley**
                                                                    **U.S. Bankruptcy Judge**



In re:                                                                                    Case No. 23-11538-pb

Bobby H.J. Kim                                                                     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1                                    User: admin                                         Page 1 of 2

Date Rcvd: Jan 18, 2024                            Form ID: pdf001                                  Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bobby H.J. Kim, 130 Beekman St, #5B, New York, NY 10038-2029 |
| 8226040 | + | Beekman Landing Condominium, Homeowners Association, Smith, Gambrell & Russell, LLP, 1301 Avenue of Americas, 21st Floor, New York, NY 10019-6036 |
| 8243888 | + | Beekman Landing Condominium, c/o Smith, Gambrell & Russell LLP, (attn John McCarthy), 1301 Avenue of the Americas, 21st Floor, New York, NY 10019-6036 |
| 8226036 | + | City of New York Environmental Control Board, 100 Church Street, New York, NY 10007-2601 |
| 8226034 | + | City of New York Parking Violations Bureau, 100 Church Street, New York, NY 10007-2601 |
| 8226037 | + | City of New York Transit Adjudication Bureau, 130 Livingston Street, Brooklyn, NY 11201-5106 |
| 8226043 | + | Discover Bank, Selip & Stylianou, LLP, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |
| 8226049 | + | Great American Insurance Co., 15 Maiden Lane, Suite 800, New York, NY 10038-5119 |
| 8226038 | + | Inwood Country Club, Levy, Davis & Maher, LLP, 39 Broadway, Suite 1620, New York, NY 10006-3052 |
| 8226041 | + | New York State Department of, Taxation and Finance, 300 Motor Parkway, Suite 125, Hauppauge, NY 11788-5172 |
| 8226042 | + | Susquehanna Bank, 307 International Circle, Hunt Valley, MD 21030-1321 |
| 8226050 | + | The Lawyers' Fund for, Client Protection, 119 Washington Avenue, Albany, NY 12210-2204 |
| 8239138 | + | The Lawyers' Fund for Client Protection for the St, 119 Washington Avenue, Albany, NY 12210-2243 |
| 8226033 | + | U.S. Bank National Association, Shapiro, DiCaro & Barak, LLC, 175 Mile Crossing Blvd, Rochester, NY 14624-6249 |
| 8226559 | + | c/o John G. McCarthy, Esq., Smith, Gambrell & Russell, LLP, 1301 Avenue of the Americas, 21st Floor, New York, New York 10019-6036 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jan 18 2024 19:11:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 8226044 | + | Email/Text: g20956@att.com | Jan 18 2024 19:11:00 | AT&T Mobility, P.O. Box 537104, Atlanta, GA 30353-7104 |
| 8226047 | + | Email/PDF: bncnotices@becket-lee.com | Jan 18 2024 19:18:49 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 8235582 | | Email/PDF: bncnotices@becket-lee.com | Jan 18 2024 19:19:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8226048 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 18 2024 19:11:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 8234832 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 19:19:13 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 8226045 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2024 19:18:46 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 8226046 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 18 2024 19:19:13 | Chase Cards, P.O. Box 15153, Wilmington, DE 19886 |
| 8226035 | + | Email/Text: cls-bankruptcy@wolterskluwer.com | Jan 18 2024 19:11:00 | JPMorgan Chase Bank, N.A., c/o CT Corp., 111 Eighth Avenue, New York, NY 10011-5201 |
| 8226721 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |

| | | Jan 18 2024 19:11:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
|---|---|---|---|
| 8226051 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jan 18 2024 19:18:47 | OpenSky Card Services, P.O. Box 9224, Old Bethpage, NY 11804-9224 |
| 8242575 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Jan 18 2024 19:11:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 8227766 | + Email/Text: RASEBN@raslg.com | | |
| | | Jan 18 2024 19:11:00 | U.S. Bank National Association, c/o Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Beekman Landing Condominium |
| 8235583 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8239140 | *+ | The Lawyers' Fund for Client Protection, 119 Washington Avenue, Albany, NY 12210-2243 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2024         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John G. McCarthy | on behalf of Creditor Beekman Landing Condominium jmccarthy@sgrlaw.com nyoecf@sgrlaw.com |
| Raquel Felix | on behalf of Creditor U.S. Bank National Association raqfelix@raslg.com |
| Thomas C. Frost | info@FrostSDNY13.com tfrost13@ecf.epiqsystems.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 4